# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARL JOHNSON

NO. 2024 KW 1210

**FEBRUARY 24, 2025**

---

In Re:    Karl Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-23-02537, 01-19-0563.

---

**BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

    **WRIT DENIED.** This application appears to be a "Motion to Act as Co-Counsel" filed in this court in the first instance. Because there is no indication the motion has been filed in the district court, this writ presents nothing for this court to review.

                    **PMc**
                    **WIL**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT